| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS** |
| Case number (if known): _____   Chapter **7** |

☐ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　　　　04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.**

1. **Debtor's name**　　　**Rapid Tox Screen, LLC**

2. **All other names debtor used in the last 8 years**

    Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**　　　4  6 − 3  0  1  7  0  0  5

4. **Debtor's address**

    **Principal place of business**

    **14812 Venture Drive**
    Number    Street

    _____

    **Farmers Branch**　　**TX**　　**75234**
    City　　　　　　　　State　ZIP Code

    **Dallas**
    County

    **Mailing address, if different from principal place of business**

    **PO Box 702197**
    Number    Street

    _____
    P.O. Box

    **Dallas**　　　　**TX**　　**75370-2197**
    City　　　　　　　　State　ZIP Code

    **Location of principal assets, if different from principal place of business**

    _____
    Number    Street

    _____

    _____
    City　　　　　　　　State　ZIP Code

5. **Debtor's website (URL)**　　_____

6. **Type of debtor**
    ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
    ☐ Partnership (excluding LLP)
    ☐ Other. Specify: _____

Debtor **Rapid Tox Screen, LLC** _____  Case number (if known) _____

**7. Describe debtor's business**

*A. Check one:*

- [x] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [ ] None of the above

*B. Check all that apply:*

- [ ] Tax-exempt entity (as described in 26 U.S.C. § 501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

__6__ __2__ __1__ __5__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11. *Check all that apply:*
  - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [ ] A plan is being filed with this petition.
  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- [x] No
- [ ] Yes. District _____ When _____ Case number _____
  MM / DD / YYYY
  District _____ When _____ Case number _____
  MM / DD / YYYY
  District _____ When _____ Case number _____
  MM / DD / YYYY

Debtor **Rapid Tox Screen, LLC** _____  Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.  Debtor _____  Relationship _____
District _____  When _____
                                   MM / DD / YYYY
Case number, if known _____

Debtor _____  Relationship _____
District _____  When _____
                                   MM / DD / YYYY
Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
                             Number   Street
_____
_____  _____  _____
City                    State   ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 3

Debtor **Rapid Tox Screen, LLC**     Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| **14. Estimated number of creditors** | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 | |
| **15. Estimated assets** | ☐ $0-$50,000<br>☒ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion | |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/19/2017**
MM / DD / YYYY

X **/s/ Wade Rosenburg**     **Wade Rosenburg**
Signature of authorized representative of debtor     Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Christopher J. Moser**     Date **06/19/2017**
Signature of attorney for debtor     MM / DD / YYYY

**Christopher J. Moser**
Printed name

**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
Firm name

**2001 Bryan Street, Suite 1800**
Number    Street

_____

**Dallas**     **TX**     **75201**
City     State     ZIP Code

**(214) 871-2100**     **cmoser@qslwm.com**
Contact phone     Email address

**14572500**     **TX**
Bar number     State

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:   **Rapid Tox Screen, LLC**                                               CASE NO

                                                                                 CHAPTER   **7**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  6/19/2017                          Signature  /s/ Wade Rosenburg
                                                    *Wade Rosenburg*
                                                    *President*

Date                                     Signature

Case 17-41310 Doc 1 Filed 06/19/17 Entered 06/19/17 14:06:59 Desc Main Document Page 6 of 6
Debtor(s): **Rapid Tox Screen, LLC**     Case No:     **EASTERN DISTRICT OF TEXAS**
Chapter: **7**     **SHERMAN DIVISION**

```
3B Labs, LLC                    Internal Revenue Service        UPS
7 Bucksnort Cove                PO Box 7346                     28013 Network Place
Jackson, TN 38305               Philadelphia, PA 19101-7346     Chicago IL 60673-1280


Axis Ancillary Partners         Labgyn Holdings, LLC
2100 Chestnut Street            1000 Indepedence Ct.
Montgomery, AL 36106            Southlake, TX 76092-8461


Ayo Biometrics                  Laboratory Management Services,
5936 Brookhaven Drive Drive     14812 Venture Drive
Plano, TX 75093-7862            Farmers Branch, TX 75234


Bryan Cave, LLP                 Medcillary Med Group, LLC
Attn: Jay Krystinik             8330 LBJ Freeway, Suite 1035
2200 Ross Avenue, Suite 3300    Dallas, TX 75243
Dallas, TX 75201


Business Advisors MD            National Health Management Serv
6100 West Plano Pkwy., Suite 32 14301 N. 87th St., Ste. #116
Plano, TX 75093                 Scottsdale, AZ 85260


David Wortham Jr.               Office of the U.S. Trustee
1415 Legacy Drive, Suite 350    110 N. College Ave., Suite 300
Frisco, TX 75034                Tyler, Texas 75702


De Lage Financial               Paramount Laboratories
1111 Old Eagle School Road      596 N. Kimball Ave., Suite 110
Wayne, PA 19087                 Southlake, TX 76092


Dr. Radhika Ravula              PBS
c/o Cunningham Swaim, LLP       12218 Meadow Glenn Drive
Attn: Michael R. Cunningham     Meadow Place, TX 77477
7557 Rambler Road, #440
Dallas, TX 75231


Hematology Health               Real Labs
10471 Brookwood Point           7504 San Jacinto Place
Highlands Ranch, CO 80130       Plano, TX 75024-3233


Innovative Diagnostics          RSDB Global
4903 Liberty Hill Trail         1161 Holland Drive,
Sherman, TX 75092               Boca Raton, FL 33487
```